# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2440
_____

CHRISTOPHER S. KIRKLAND,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Baker County.
James M. Colaw, Judge.

January 16, 2024


PER CURIAM.

AFFIRMED.

B.L. THOMAS, WINOKUR, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Christopher S. Kirkland, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.